Harold W. McCormick v. Board of Education of the Union Free School District No. 20 of the Town of Hempstead, Nassau County, New York.— Motion for reargument granted, and upon reargument the judgment is modified

in so far as to grant a new trial on the question of the plaintiff's right to recover for services rendered during the period previous to his removal, and as so modified affirmed, without costs. Motion for leave to appeal to the Court of Appeals denied. [See 252 App. Div. 732.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.